STROUP, DIRECTOR, SOUTH CAROLINA DEPART-
MENT OF ARCHIVES AND HISTORY, ET AL. *v.*
WILLCOX ET AL.

No. 06A592.   Decided December 18, 2006

CHIEF JUSTICE ROBERTS, Circuit Justice.

The State of South Carolina and Rodger Stroup, the direc-
tor of the State's Department of Archives and History, apply
for a stay of the judgment issued by the Court of Appeals
for the Fourth Circuit pending the filing and disposition of a
petition for writ of certiorari in this Court.   Their request
fails to meet our standard for such relief.   See *Barnes* v.
*E-Systems, Inc. Group Hospital Medical & Surgical Ins.
Plan,* 501 U. S. 1301, 1302 (1991) (SCALIA, J., in chambers).

Moreover, a request for extraordinary equitable relief is
certainly undermined when the central argument pressed
was only mentioned by applicants in passing in the court
below.   Applicants' request is based almost exclusively on
the Court of Appeals' failure to certify to the Supreme Court
of South Carolina contested questions of state property law.
In their initial submission to the Court of Appeals, however,
applicants requested that the court rule on the merits of the
matter.   They merely noted that certification "is an option

for [the] Court if it wants guidance from the South Carolina Supreme Court." Brief for Appellants in No. 06–1179 (CA4), p. 37, n. 9.

Accordingly, the request for a stay is denied.

*It is so ordered.*